```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 18085
   JAMES HUDSON JR
   PENNY MARIE HUDSON                         CHAPTER 13

                                              JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-6337    SSN XXX-XX-4863

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 11/10/2004 and was confirmed 02/07/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 02/15/2008.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                             PAID        PAID
-------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE   SECURED               700.00       27.65       700.00
AMERICAN GENERAL FINANCE   UNSECURED          NOT FILED         .00          .00
JPMORGAN CHASE BANK/BANK   SECURED             17000.00      927.43     17000.00
JPMORGAN CHASE BANK/BANK   UNSECURED            6959.90         .00      6959.90
GENERAL MOTORS ACCEPTANC   SECURED             24545.67     1596.76     24545.67
GENERAL MOTORS ACCEPTANC   UNSECURED          NOT FILED         .00          .00
HOMECOMINGS FINANCIAL      CURRENT MORTG      22789.26         .00     22789.26
HOMECOMINGS FINANCIAL      MORTGAGE ARRE       1916.46         .00      1916.46
ROGERS & HOLLAND           SECURED               750.00       29.62       750.00
ROGERS & HOLLAND           UNSECURED             822.63         .00       822.63
WELLS FARGO HOME MORTGAG   CURRENT MORTG      35100.00         .00     35100.00
ROUNDUP FUNDING LLC        UNSECURED            3582.20         .00      3582.20
SHERMAN ACQUISITION        UNSECURED             388.27         .00       388.27
BANK ONE                   UNSECURED          NOT FILED         .00          .00
CAPITAL ONE                UNSECURED          NOT FILED         .00          .00
CAPITAL ONE SERVICES       UNSECURED          NOT FILED         .00          .00
CARSON PIRIE SCOTT         UNSECURED             814.84         .00       814.84
ROUNDUP FUNDING LLC        UNSECURED            6740.32         .00      6740.32
CHICAGO MUNICIPAL EMPLOY   UNSECURED          NOT FILED         .00          .00
DISCOVER FINANCIAL SERVI   UNSECURED            6975.28         .00      6975.28
EVERGREEN EMERGENCY SERV   UNSECURED          NOT FILED         .00          .00
GE CAPITAL                 UNSECURED          NOT FILED         .00          .00
HOME DEPOT                 UNSECURED          NOT FILED         .00          .00
MENARDS                    UNSECURED          NOT FILED         .00          .00
WORLD FINANCIAL NETWORK    UNSECURED             498.04         .00       498.04
SAMS CLUB GE CAPITAL       UNSECURED          NOT FILED         .00          .00
SAMS CLUB GE CAPITAL       UNSECURED          NOT FILED         .00          .00
SEARS PAYMENT CENTER       UNSECURED          NOT FILED         .00          .00
SEARS PAYMENT CENTER       UNSECURED          NOT FILED         .00          .00
WELLS FARGO BANK           UNSECURED          NOT FILED         .00          .00
WELLS FARGO FINANCIAL IL   UNSECURED            1588.90         .00      1588.90
AMERICAN GENERAL FINANCE   NOTICE ONLY       NOT FILED         .00          .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 18085 JAMES HUDSON JR & PENNY MARIE HUDSON
```

```
LEONARD GROUPE              NOTICE ONLY    NOT FILED                  .00              .00
AMERICAN EXPRESS TRAVEL     UNSECURED        384.11                   .00           384.11
AMERICAN EXPRESS TRAVEL     UNSECURED        665.86                   .00           665.86
WELLS FARGO HOME MORTGAG    MORTGAGE ARRE   2011.22                   .00          2011.22
SHERMAN ACQUISITION         UNSECURED       4260.01                   .00          4260.01
HOMECOMINGS FINANCIAL       COST OF COLLE    350.00                   .00           350.00
WELLS FARGO HOME MORTGAG    COST OF COLLE    525.00                   .00           525.00
PETER FRANCIS GERACI        DEBTOR ATTY    2,500.00                              2,500.00
TOM VAUGHN                  TRUSTEE                                              8,347.77
DEBTOR REFUND               REFUND                                               5,199.65
```

Summary of Receipts and Disbursements:
```
------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              157,996.85

PRIORITY                                            .00
SECURED                                      105,687.61
   INTEREST                                    2,581.46
UNSECURED                                     33,680.36
ADMINISTRATIVE                                 2,500.00
TRUSTEE COMPENSATION                           8,347.77
DEBTOR REFUND                                  5,199.65
                     ---------------        ---------------
TOTALS               157,996.85              157,996.85
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
   Dated: 05/28/08            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```

                              PAGE   2
         CASE NO. 04 B 18085 JAMES HUDSON JR & PENNY MARIE HUDSON